Order entered October 18, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01197-CR

**JOSE JOFFRE CORREA, Appellant**

V.

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court of Appeals No. 2**
**Dallas County, Texas**
**Trial Court Cause No. M09-57654**

## ORDER

The Court **GRANTS** court reporter Terri Foster Jones's October 15, 2012 motion for extension of time to file the reporter's record. We **ORDER** Ms. Jones to file the reporter's record within **THIRTY DAYS** from the date of this order.

We **ORDER** the Dallas County District Clerk to file the clerk's record within **FIFTEEN DAYS** from the date of this order.

We **ORDER** the Clerk of the Court to send a copy of this order to Gary Fitzsimmons, Dallas County District Clerk, and counsel for all parties.

CAROLYN WRIGHT
CHIEF JUSTICE